IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JESS T. LAMMERS,<br><br>    Plaintiff,<br><br>vs.<br><br>COUNTY OF PHELPS NE, PHELPS COUNTY CORRECTIONS, and PENNY GREGG, Admin (Jail);<br><br>    Defendants. | 8:24CV186<br><br>ORDER |

Plaintiff Jess Lammers, who advised he is no longer incarcerated, filed a Motion for Leave to Proceed in Forma Pauperis. Filing No. 10. Upon review of Plaintiff's motion, the Court finds that Plaintiff is financially eligible to proceed in forma pauperis as a non-prisoner.

IT IS THEREFORE ORDERED that:

1. Plaintiff is granted leave to proceed in forma pauperis as a non-prisoner.

2. The Clerk of the Court is directed to update the Court's records to reflect that Plaintiff is no longer liable for the remaining balance of the filing fee.

Dated this 11th day of June, 2025.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge